No. 770. MILK WAGON DRIVERS UNION LOCAL 753 ET AL. *v.* LAKE VALLEY FARM PRODUCTS, INC., ET AL. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Abraham W. Brussell* and *David A. Riskind* for petitioners. *Mr. Arthur R. Seelig* for respondents.

No. 796. SECURITIES & EXCHANGE COMMISSION *v.* UNITED STATES REALTY & IMPROVEMENT Co. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biddle* and *Mr. Chester T. Lane* for petitioner. *Messrs. Joseph M. Hartfield* and *Charles W. Dibbell* for respondent.

No. 732. INTERNATIONAL ASSOCIATION OF MACHINISTS, TOOL AND DIE MAKERS LODGE No. 35 *v.* NATIONAL LABOR RELATIONS BOARD. April 1, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Mr. Joseph A. Padway* for petitioners. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Charles Fahy, Robert B. Watts,* and *Laurence A. Knapp* for respondent.

No. 767. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WOOD ET AL., TRUSTEES. See *ante,* p. 637.

No. 759. BRIDGES *v.* CALIFORNIA. April 8, 1940. Petition for writ of certiorari to the Supreme Court of California granted. *Mr. A. L. Wirin* for petitioner. *Messrs. Wm. B. McKesson, Allen W. Ashburn,* and *Michael G. Luddy* for respondent. By leave of Court, briefs of *amici*